DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHARLES J. CLARK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1827

_____

March 6, 2026

Appeal from the Circuit Court for Sarasota County; Donna Marie Padar,
Judge.

Charles J. Clark, pro se.

James Uthmeier, Attorney General, Tallahassee, and Analise V. Walker,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.